# UNITED STATES DISTRICT COURT

# FOR THE

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KENNEDI ANNICE MANUEL | ) | Case No.: _____ |
| *Plaintiff* | ) | |
| | ) | |
| -v- | ) | Jury trial:    _X_ Yes ____ No |
| | ) | |
| HARVIR ATWAL SINGH, SKYLARK | ) | |
| LOGISTICS, INC. and ECONOMICAL | ) | |
| MUTUAL INSURANCE COMPANY | ) | |
| *Defendants* | ) | |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff KENNEDI MANUEL who files this cause of action against defendants Harvir Atwal Singh, Skylark Logistics, Inc., and Economical Mutual Insurance Company as follows.

## JURISDICTION OF VENUE

**1.**

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. Section 1332 (Diversity of Citizenship). The matter of controversy in this civil action exceeds the sum or value of seventy five thousand dollars ($75,000), exclusive of costs and interest, as to the defendants and is between a citizen of the United States and the citizens of a foreign state (Canada).

**2.**

Venue in this district is proper under 28 U.S.C. Section 1391. The events and omissions giving rise to this cause of action occurred in substantial part in this district.

**NATURE OF THE CASE**

**3.**

This action is brought on behalf of plaintiff, Kennedi Manuel who, on August 30, 2016 at approximately 8:00 p.m., was operating a 2004 Hyundai Santa Fe, owned by Denise Ann Manuel (her mother), traveling eastbound in the left lane of travel on I-10, in West Baton Rouge Parish, Louisiana.

**4.**

Without warning or notice, a 2015 Freightliner tractor/truck with an attached 2016 Stoughton trailer, owned by defendant, Skylark Logistics, Inc., and operated by defendant Harvir Atwal Singh, also traveling eastbound in the right lane of travel on I-10, began to brake for traffic, causing his attached trailer to suddenly shift or jackknife, striking the passenger side of Kennedi Manuel's vehicle and causing injuries and damages set forth herein.

**5.**

Plaintiff, Kennedi Manuel, is a resident domiciliary of Calcasieu Parish, Louisiana and is of an age of majority.

**6.**

At the time of the above detailed accident, defendant Harvir Atwal Singh was operating a 2015 Freightliner truck/tractor, in the course and scope of his employment with Skylark

Logistics, Inc. Accordingly, Skylark Logistics, Inc. is responsible for the negligent acts of its employee, Harvir Atwal Singh under a theory of respondeat superior.

**7.**

At the time of the collision, defendant, Skylark Logistics, Inc., had retained an insurance policy whereby defendant, Economical Insurance Company agreed to insure and indemnify Skylark Logistics, Inc., and its agents, servants, and employees specifically including Harvir Atwal Singh, against all liabilities resulting from negligent operations and acts while operating the 2015 Freightliner truck/tractor.

## **NEGLIGENCE**

**8.**

The aforesaid accident was in no way attributable to any acts on the part of plaintiff, Kennedi Manuel.

**9.**

The injuries suffered by Kennedi Manuel are soley due to the negligent act or actions of defendant, Harvir Atwal Singh, who specific acts of negligence include, but are not exclusively limited to the following:

   a. Failing to keep his vehicle under proper control;

   b. Failing to keep a proper lookout;

   c. Failing to see what he should have seen and to do what he should have done;

   d. Improperly and suddenly moving his vehicle and attached trailer into plaintiffs' lane of travel causing impact with plaintiffs' vehicle;

      e.        Failing to apply his tractor/truck and trailer braking systems in a proper and safe manner so as to not cause the jackknifing of his trailer and impact with plaintiffs' vehicle;

      f.        Driving at an excessive rate of speed under the facts and circumstances;

      g.        Failing to maintain attention on the roadway conditions ahead;

      h.        Following vehicles ahead of him too closely so as to allow for safe operation of his vehicle;

      i.        Lack of proper attention while operating his tractor/ truck and trailer under the circumstances;

      j.        Failing to exercise due care and caution under all facts and circumstances of this accident;

      k.        Failing to properly maintain his tractor/truck and trailer so as to allow for safe operation.

**10.**

In the alternative, if not concurrently, defendant, Skylark Logistics, Inc. was negligent and liable to the plaintiff for the following reasons:

      a.        Failure to properly train and instruct its drivers, in particular, Harvir Atwal Singh;

      b.        Failure to properly maintain its vehicles;

      c.        Failure to properly supervise its drivers, including but not limited to Harvir Atwal Singh;

      d.        Failing to properly insure its driver complied with all government rules and regulations and/or industry rules and regulations regarding the operations of a commercial truck/tractor in the United States;

      e.        Any other acts of negligence which may be shown at trial.

## DAMAGES

**11.**

As a result of the accident, plaintiff, Kennedi Manuel, suffered injuries and damages including, but not limited to, neck pain, back pain with radiation to her legs, and leg numbness.

**12.**

As a result of the accident and the above detailed injuries, plaintiff, Kennedi Manuel, has and will continue to sustain past, present and future medical expenses; past, present and future mental and physical pain and suffering; past, present and future loss of earnings and loss of future earning capacity and loss of enjoyment of life. As a result, Kennedi Manuel is entitled to be awarded damages as are deemed reasonable by the trier of fact.

WHEREFORE, plaintiff, Kennedi Manuel demands judgment against the defendants for all general and special damages, together with interest, costs of litigation, attorney's fees and all other relief as the Court may deem proper.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff, Kennedi Manuel prays:

a. That process issue according to law;

b. The defendants be served with a copy of plaintiffs complaint and show cause why the prayers for relief requested by the plaintiff should not be granted;

c. That the plaintiff be granted a trial by jury in this matter;

> d. That the Court enter judgment against the defendants, jointly and severally, and for all other general and compensatory damages allowable to the plaintiff;
>
> e. That the Court enter judgment against the defendants, jointly and severally, for all special damages allowable to the plaintiff;
>
> f. That the Court enter judgment against the defendant, jointly and severally, for all other reliefs sought by the plaintiff under this complaint;
>
> g. That the costs of this action be cast upon the defendants;
>
> h. That this Court grant plaintiff such other and further relief including interest to which the Court deems just and appropriate.

## JURY TRIAL DEMAND

Pursuant to the Federal Rule of Civil Procedure 38(b), plaintiff, Kennedi Manuel, demands trial by jury on all issues.

## CERTIFICATION PURSUANT TO RULE 11

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Thus done and signed on this 1st day of August, 2017.

        Respectfully Submitted,

        UNGLESBY LAW FIRM

        ___*s/LEWIS UNGLESBY*_____
        **LEWIS UNGLESBY(#12498)**
        246 Napoleon Street
        Baton Rouge, LA 70802
        Telephone: (225) 387-0120
        Facsimile: (225) 336-4355

        and

        BAGGETT, McCALL, BURGESS,
        WATSON & GAUGHAN, LLC

        ___*s/JEFFREY T. GAUGHAN*_____
        **JEFFREY T. GAUGHAN (#22384)**
        3006 Country Club Road
        Post Office Drawer 7820
        Lake Charles, Louisiana 70606-7820
        Telephone: (337) 478-8888
        Facsimile: (337) 478-8946